# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:

**MCELRATH, WALTER I. & CONNIE L.**

Debtor(s).

No. 09-05721-FLK7

Chapter 7
**TENDER OF DIVIDENDS OF LESS THAN $5.00**

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum of $6.23 being dividends of less that $5.00, which are payable to the following creditors in the amounts designated opposite their names.

| NAME/ADDRESS | TENDER AMOUNT |
|---|---|
| Professional Service Bureau<br>PO Box 429/  33 E. Main<br>Walla Walla, WA  99362 | $1.29 |
| Valley Empire Collection<br>11707 E. Montgomery<br>Spokane, WA  99206 | $4.94 |

Dated this 23rd day of September, 2010, in Richland, Washington.

/S/ Jan R. Armstrong

Jan R. Armstrong, Chapter 7 Trustee

Page 1 of 1 – TENDER OF UNPAID FUNDS

**ARMSTRONG, KLYM, WAITE, ATWOOD & JAMESON, P.S.**

ATTORNEYS AT LAW

SWIFT PROFESSIONAL CENTER
SUITE A
660 SWIFT BOULEVARD
RICHLAND, WA  99352

(509) 943-4681
FAX (509) 946-3949